395 A.2d 983

Fasnacht et al. v. Herr et al., Appellants, et al.

Argued September 14, 1978. William M. Gross, for appellants; Robert I. Cottom, for appellees, Fasnacht; No appearance entered nor briefs submitted for appellees, Penn-Grant Realty, Inc., and Berks Title Ins. Company.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.

395 A.2d 983

Feldgus, Appellant, v. Geftman.

Argued September 11, 1978. Alvin F. DeLevie, with him Ronald I. Rosenstein, for appellant; Robert G. Rosen, for appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.